UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUE VEGA,

                        Plaintiff,

        -v-

TRINITY REALTY CORP. *et al.*,

                        Defendants.

No. 14-cv-7417 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court previously ordered Defendants Trinity Realty Corporation and Phillip Phan to file their motion to vacate the default judgments entered in this action by November 2, 2020. (Doc. No. 30.)  That deadline is extended to November 17, 2020.  Accordingly, Plaintiff Josue Vega shall file any opposition to that motion no later than December 1, 2020, and Defendants' reply shall be filed no later than December 8, 2020.  In addition, the parties' memoranda of law shall comply with the type face and length requirements set forth in Rule 2.B of the Court's Individual Rules and Practices.

SO ORDERED.

Dated:        November 3, 2020
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation