UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUE VEGA,

          Plaintiff,

-v-

TRINITY REALTY CORP. *et al.*,

          Defendants.

No. 14-cv-7417 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of Defendant Phil Phan's most recent letter requesting an evidentiary hearing in connection with his motion pursuant to Federal Rule of Civil Procedure 60(b) to vacate the default judgment entered against him in 2015. (Doc. No. 57). IT IS HEREBY ORDERED THAT an evidentiary hearing will take place on Thursday, May 27, 2021 at 10:00 a.m. in Courtroom 15A at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. The parties shall submit to the Court a witness list, an exhibit list, and all other materials relating to Defendant's rule 60(b)(4) motion by Monday, May 17, 2021. In the event that any witness requires an interpreter, the parties are advised that they must provide their own interpreter[s] as "[t]he Court's interpreters are not available in civil matters." *Gomez v. Lace Ent., Inc.*, No. 15-cv-3326 (CM), 2015 WL 10792012, at *1 (S.D.N.Y. Aug. 6, 2015).

SO ORDERED.

Dated:    May 11, 2021
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation