UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUE VEGA,

                Plaintiff,

-v-

TRINITY REALTY CORP. *et al.*,

                Defendants.

No. 14-cv-7417 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall submit a joint letter by Friday, July 16, 2021 apprising the Court of the status of their settlement discussions and proposing next steps in the matter.

SO ORDERED.

Dated:    July 13, 2021
            New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation