

**Joseph W. Carbonaro, Esq.**
757 Third Avenue, 20th Floor
New York, NY 10017
T 212-888-5200
F 212-898-0394
E joe@jcarbonarolaw.com

July 20, 2021

Hon. Richard J. Sullivan
United States District Court Judge
Southern District of New York by designation
40 Foley Square
New York, New York 1007

Re: <u>Josue Vega v. Trinity Realty, *et al*</u>
    Civil Action No.: 14-cv-07417 (RJS)

Your Honor:

   This office represents the defendants in the above action. I write to ask permission to withdraw the Defendants' motion to vacate the default judgment previously issued in light of the parties' settlement agreement. Thank you.

                                          Respectfully yours,

                                          Joseph W. Carbonaro

cc: Michael Borelli, Esq.

---

Defendants' request to withdraw their motion to vacate the default judgment is GRANTED. The Clerk of Court is respectfully directed to terminate the motions at Documents 32, 33, 34, 35, and 36.

SO ORDERED:                    _____
Date:  July 20, 2021                  Richard J. Sullivan
                                U.S.C.J. Sitting by Designation